# THE UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2016 SEP -8 P 3: 12

BY_____
DEPUTY CLERK

Case # 1:16-cv-00457-DBH

| |
|---|
| Plaintiff |
|     Nicholaus Ahearn |
| Vs. |
| Defendant |
|     Inland Hospital |

Complaint for violation of civil rights 42 US Code 1983,

Fraud as a tort,

Medical negligence

**DEMAND FOR A JURY TRIAL**

## Venue

1. According to (28 US Code section 1343) the United States District Court shall have all jurisdiction over cases were monetary damages are recovered for lose of any civil right provided by the constitution

## Parties

2. Plaintiff a 22 year old male residing at 200 Clewelyville Road Eddington Maine 04428, telephone number 207-441-6620. Email Ahearnn10@gmail.com
3. Defendant is private hospital residing at 200 Kennedy Memorial Drive Waterville Maine 04901 acting on behalf of the state through the process of involuntary hospitalization

## Statement of facts

1. Plaintiff went to the ER for a basic hand injury by ambulance in hopes for hand stiches on the date of February 3rd 2015
2. Plaintiff was involuntarily hospitalized under fraudulent pretenses on February 3rd
3. The fraudulent the paper work stated that plaintiff was not eating, though plaintiff has Maine EBT food stamps paperwork proving he was purchasing food regularly
4. Fraudulent paperwork also stated that plaintiff was not wearing clothing in cold weather, were plaintiff has a clothing record showing he was wearing pants and shoes and a sweatshirt which is adequate enough for the temperatures He was dealing with
5. Fraudulent the paperwork stated plaintiff was self harming him self, were he has ambulance records stating his injury was accidental
6. Fraudulent paperwork stated he was threatening assaults on staff, when all plaintiff remembers saying is that was upset and ready to sue
7. Fraudulent paperwork states plaintiff was a paranoid schizophrenic, and patient has paperwork proving him to be bipolar
8. Fraudulent paperwork states plaintiff was not caring for hand injury, while plaintiff has paperwork stating that he went somewhere to get a Band-Aid
9. Plaintiff believes that the involuntary hospitalization is illegal
10. Plaintiff suffered approximately 1 year 6 months on involuntary treatment some in a forced group home setting and some in mental facility's

## Claims

1. According to (42 US Code 1983) I the plaintiff am suing for breaks of the fourth amendment in the manner of false imprisonment and seizure of person
2. According to M.R.S.A Maine Health Security Act (title 24, chapter 21, subchapter 1, 24 section 2501) I am suing For medical malpractice in the form of a misdiagnosis for stating I was paranoid schizophrenic when I was not
3. According to M.R.S.A Maine Tort Claims Act (title 14, part 7, chapter 741, section 8101) I am suing for the tort claims of fraud For dishonest fact in a Maine State blue paper

## Request for relief

1. I the plaintiff am asking for compensatory damages of $100,000,000 for loss of liberty as the act false imprisonment
2. I the plaintiff am asking for the sum of $250,000,000 For punitive damages for the act of false imprisonment
3. I the plaintiff am asking for the sum of $400,000 compensatory damages for the act of fraud resulting in false imprisonment to match the limitation of damages according to cases filed under the Maine Tort Claims Act M.R.S.A (title 14, part 7, chapter 741, section 8101) against a governmental employee
4. plaintiff am asking $100,000,000 for compensatory damages For loss of liberty as the act of misdiagnosis resulting in false imprisonment

5. I the plaintiff am asking for $250,000,000 punitive damages for the act of misdiagnosis resulting in false imprisonment
6. Plaintiff is asking for cost of the trial plus medical witness if any
7. Plus cost of medical bills and medication

### Demand for a jury trial

1. I the plaintiff hereby request a jury trial on all issues raised in is complaint

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-8-16, 2016

Signature of Plaintiff _Nicholas A____

Printed Name of Plaintiff _Nicholaus Ahearn____

Address: 200 Clewelyville Road, Eddington, Maine 04428

Telephone: 207-441-6620

e-mail: Ahearnn10@gmail.com