UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| NICHOLAS AHEARN, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:16-CV-457-DBH |
| | ) | |
| INLAND HOSPITAL, | ) | |
| | ) | |
| DEFENDANT | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On September 23, 2016, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Screening Plaintiff's Complaint Pursuant to 28 U.S.C. § 1915(c). The plaintiff filed an objection to the Recommended Decision on October 5, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's amended complaint is **DISMISSED** for lack of federal subject matter jurisdiction.

SO ORDERED.

DATED THIS 6TH DAY OF OCTOBER, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE